UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> Jose Encino SANDOVAL-Mejia, <br> Gregorio SANTIAGO-Martinez, <br> Elias ZURITA-Ruiz, <br><br> Defendants. | ) Magistrate Docket No. '22 MJ0019 <br> ) <br> ) <br> ) <br> ) COMPLAINT FOR VIOLATION OF: <br> ) Title 18, USC 3144 Material Witness <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The undersigned complainant being, duly sworn, states:

On or about January 13, 2022, within the Southern District of California, material witness Jose Encino SANDOVAL-Mejia, Gregorio SANTIAGO-Martinez and Elias ZURITA-Ruiz, were apprehended with Hector BEJERANO-Bejerano, who is being charged with violation of Title 18 United States Code, Section 111(a)(1) Assault on a Federal Officer.

The above named material witnesses are citizens of Mexico with no legal right to enter or remain in the United States. The complainant further alleges that Jose Encino SANDOVAL-Mejia, Gregorio SANTIAGO-Martinez and Elias ZURITA-Ruiz' presence is required as material witnesses in order to prosecute the case against Hector BEJERANO-Bejerano.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 14, 2022.

HON. ALLISON H. GODDARD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Hector BEJERANO-Bejerano

## PROBABLE CAUSE STATEMENT

The complainant states that Jose Encino SANDOVAL-Mejia, Gregorio SANTIAGO-Martinez and Elias ZURITA-Ruiz are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 13, 2022, Border Patrol Agent B. May was working line-watch operations in the Brown Field Border Patrol Station's area of responsibility. Agent May is assigned to the United States Border Patrol Search Trauma and Rescue (BORSTAR) team and was wearing his Special Operations rough duty uniform. At approximately 8:30 AM, BORSTAR Agent, E. Carillo was chasing a group of four individuals along with Border Patrol Watch Commander D. Goff near an area known to Border Patrol Agents as "Brick Canyon."

While pursuing that group, the Agents encountered another group of four individuals and were forced to cease the pursuit of the original group. Agent May decided to get north of the last known location of the original group of four by driving through Daley's main gate, which is located on the Daley's Ranch Nature Preserve in Jamul, California. Agent May drove to an east/west canyon where the group would likely cross through. Agent May parked his vehicle and continued afoot westbound. After walking approximately 300 yards from his service vehicle, Agent May was able to spot four individuals walking northbound in thick vegetation. Agent May communicated via service radio to a Customs and Border Protection Air and Marine helicopter, that he had the group in sight and advised as to his location.

Once the helicopter was overhead, Agent May approached the group in a steep and rocky ravine. When the group saw him approaching, all four individuals ran from him. Agent May yelled for them to stop running and identified himself as a United States Border Patrol Agent. The individuals all ran and hid under thick vegetation. Agent May was able to secure all four individuals with the helicopter's assistance overhead. Once he had all four individuals together, Agent May instructed them to remove their shoelaces from their shoes to impede their capability to run. Acting Supervisory Border Patrol Agent J. Walther responded and was able to provide Agent May with backup. This area is located approximately seven miles north of the United States/Mexico International Boundary, and approximately two miles east of the Otay Mesa, California Port of Entry.

**CONTINUATION OF COMPLAINT:**
**Hector BEJERANO-Bejerano**

Once Agent Walther was on scene, Agent May conducted an immigration inspection on the individuals. All four individuals, including one later identified as the defendant, Hector BEJERANO-Bejerano, and the material witnesses, Jose Encino SANDOVAL-Mejia, Gregorio SANTIAGO-Martinez and Elias ZURITA-Ruiz, stated that they are citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. At approximately 9:58 AM, Agent May placed BEJERANO, SANDOVAL, SANTIAGO and ZURITA under arrest.

Agent May and Agent Walther then escorted BEJERANO, SANDOVAL, SANTIAGO and ZURITA down to the bottom of the main east/west canyon. Agent Walther was in front leading the group and Agent May was in the back. Agent May noticed that the two males in the back were whispering to one another. Suddenly and without warning, BEJERANO started running quickly to the north then to the west. Agent Walther stayed with SANDOVAL, SANTIAGO and ZURITA and Agent May chased after BEJERANO. Agent May struggled to catch up and was yelling for BEJERANO to stop. BEJARANO ran into thick vegetation, including a large amount of poison oak. Agent May chased after him into the brush and was able to get his hands on his clothing to get him to stop. At this point, BEJERANO became extremely forceful in his efforts to abscond. Agent May repeatedly yelled for him to stop moving and to sit down but he continued to attempt to turn and run. Agent May again grabbed his clothing and tried to bring him to the ground, but BEJERANO was strong and very difficult to secure.

The scene was very chaotic and disorienting and Agent May knew that at various points he was on top of BEJERANO and BEJERANO was on top of him. BEJERANO was throwing all four extremities around wildly as to break free from Agent MAY's grasp, striking his face and shoulders on multiple occasions. Agent May lost his footing and fell backward with BEJERANO landing on top of him and with his hands, he began to push Agent May to the ground. Agent May felt BEJERANO's forearm on his neck as he was grabbing his uniform. Agent May was fearful that BEJERANO would attempt to reach for his service firearm and kept his right hand on the bail of his holster to ensure it was secured. To subdue BEJERANO, Agent May tried to strike him a couple times with a closed fist but couldn't be certain where or if the strikes landed. Agent May was able to get BEJERANO out of the thick brush and on the main trail where he saw Agent Walther approaching with SANDOVAL, SANTIAGO and ZURITA in custody. Agent May yelled to Agent Walther that he needed help, and the two agents were finally able to get BEJERANO on the ground and place him in handcuffs.

The defendant was advised of his Miranda rights. The defendant stated that he understood his

CONTINUATION OF COMPLAINT:
Hector BEJERANO-Bejerano

rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant admitted to guiding the other three individuals, and stated that he was going to be paid $400 USD per person. When questioned regarding the assault, the defendant stated that he made himself strong so as not to give up his hands to the agent. The defendant stated that he illegally entered the United States on January 10, 2022, with an intended destination of San Francisco, California.

Material witnesses, SANDOVAL, SANTIAGO and ZURITA, stated that they are citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. SANDOVAL stated that he climbed over the United States/International Boundary fence near Tecate, Baja California, Mexico. ZURITA stated that he climbed over the United States/International Boundary fence through the mountains, near Tijuana, Baja California, Mexico. SANDOVAL, SANTIAGO and ZURITA stated that after everyone was placed under arrest, the foot guide ran away. SANDOVAL stated that he could not see a physical altercation, but he could hear that there was an obvious altercation between the foot guide and the agent. SANDOVAL stated that the foot guide was uncooperative and did not want to comply with the orders given by the Border Patrol agents. SANDOVAL, SANTIAGO and ZURITA described the foot guide as a male individual, approximately 20 to 25 years old, brown skin, wearing a black jacket and blue jeans. SANTIAGO described the foot guide as tall and thin.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on February 28, 2021 through Otay Mesa, CA. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.